**Electronically Filed
Supreme Court
SCWC-29440
07-MAR-2014
08:02 AM**

SCWC-29440

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAUAI SPRINGS, INC.,
Petitioner/Appellant-Appellee,

vs.

PLANNING COMMISSION OF THE COUNTY OF KAUAʻI,
Respondent/Appellee-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29440; CIV. NO. 07-1-0042)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on February 28, 2014, is corrected as follows:

1. On page 98, line 10:

Delete the phrase "While 'encouraging' review," and capitalize the letter "t" in the word "the."

2.  On page 98, footnote 44, line 2:

Insert the phrase "as set forth in this opinion" after the word "Commission."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 7, 2014.

/s/ Richard W. Pollack

Associate Justice

